## SILCOX v. INDUSTRIAL COMMISSION et al.

No. 6388.   Decided May 5, 1942.   (125 P. 2d 428.)

See 28 R. C. L., 818 (8 Perm. Supp. 6241) ; 71 C. J. Workmen's
·Compensation, sec. 929.

*Barclay & Barclay,* of Salt Lake City, for plaintiff.

*Grover A. Giles,* Atty. Gen., *Zar E. Hayes,* Deputy Atty.
·Gen., and *Cheney, Jensen, Marr & Wilkins,* of Salt Lake
City, for defendants.

WOLFE, Justice.

A majority of the court think that the testimony of the
·doctors, if it is not to be interpreted as altogether in agree-
ment as to the arthritic condition being the cause of the
disability, at least introduces a conflict in that regard and
even though it be admitted that witihout the doctors' testi-
mony and the X-rays showing the arthritiic condition, the
only conclusion justifiable would have been that the appli-
cant suffered an accidental injury which was compensable.
In this case two questions arise: Was there a sprain? If
so, did it cause the continued disability? Certain doctors
testified that the arthritic condition did not preclude the
existence of a sprain but there is medical testimony that
even though there was a sprain the disability of applicant

is attributable only to the hypertrophic osteoarthritis. The petition for a rehearing is denied.

LARSON and McDONOUGH, JJ., concur.

MOFFAT, C. J., dissents.

PRATT, J., not participating.